ACCEPTED
03-14-00214-CR
4993548
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 4:03:40 PM
JEFFREY D. KYLE
CLERK



## THOMPSON SALINAS
## RICKERS & McDERMOTT, LLP

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 4:03:40 PM
JEFFREY D. KYLE
Clerk

8140 N. Mopac | Westpark 4, Suite 250 | Austin TX 78759

MARSHALL A. THOMPSON
CARLOS G. SALINAS

EMILY S. RICKERS
JAMES GERARD McDERMOTT, II

April 22, 2015

Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
PO Box 12547
Austin, Texas 78711

Re:    Appeals in State v. Jonathan Porterie, Causes 03-14-00214-CR, 03-14-00215-CR, 03-14-00216-CR, 03-14-00217-CR

Dear Mr. Kyle:

In compliance with Rule 48.4 of the Texas Rules of Appellate Procedure, I am writing to inform the Court that I mailed a copy of the opinion and the judgments in the above-listed cases to the Appellant at his address as recorded online in the inmate search function of the Texas Department of Criminal Justice.

The opinion and judgments in this case issued March 27, 2015. On March 31, 2015, I mailed, by return receipt, the opinion and the judgments, as well as a review of of the Texas Rules of Appellate Procedure. I also informed him that I would **not** be filing a petition for discretionary review on his behalf.

I have attached the return receipt for my mailing in this case. It is signed by an "M. Hernandez" on April 3, 2015.

Sincerely,

/s/ James Gerard McDermott, II
James Gerard McDermott, II
THOMPSON SALINAS RICKERS & McDERMOTT, LLP
8140 N. Mopac, Westpark 4, Suite 250
Austin TX 78759
512.201.4099
512.298.1129 (fax)
james@centraltexaslawyers.com

Thompson Salinas Rickers & McDermott LLP
8140 N Mopac
Westpark 4, Suite 250
Austin, TX 78759

PS Form 3800 6/02

CERTIFIED MAIL

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ *Addressee* or ☐ *Agent*)

X *M. Hernandez*

**B. Received By:** *(Please Print Clearly)*

**C. Date of Delivery** 4·3·15

**D. Addressee's Address** *(If Different From Address Used by Sender.)*

Secondary Address / Suite / Apt. / Floor   *(Please Print Clearly)*

Delivery Address

City                    State        ZIP + 4 Code

9407 1118 9956 2549 0072 74

RETURN RECEIPT REQUESTED

Article Addressed To:

Jonathan Porterie #01931602
Preston E. Smith Unit
1313 County Road 19
Lamesa TX 79331-1817

UNITED STATES POSTAL SERVICE

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RETURN TO:

Thompson Salinas Rickers & McDermott LLP
8140 N Mopac
Westpark 4, Suite 250
Austin, TX 78759

/USA CMF-134 03/13

PS FORM 3811, 2/2004